

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00173-CR

Nicholas **MATA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10744
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment is REFORMED to delete the assessment of attorney's fees against appellant. The judgment of the trial court is AFFIRMED in all other respects.

SIGNED October 9, 2013.

Sandee Bryan Marion, Justice